# Exhibit 2

Blackwell Law Office, PLLC
818 N. 5th Ave
Phoenix, AZ 85003
Phone: (602) 759-7307
Fax: (602) 865-1527
SBN 023588
Attorneys for Plaintiff

COPY

JAN 16 2014



MICHAEL K. JEANES, CLERK
M. GARCIA
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| LYNN CRINER, EDGAR ELMO CRINER, the natural children of Cody Gene Criner; and the ESTATE OF CODY GENE CRINER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHOENIX, a public entity; CITY OF PHOENIX POLICE DEPARTMENT; PHOENIX POLICE CHIEF DANIEL GARCIA in his official capacity as Chief of the City of Phoenix Police Department; DANIEL GARCIA and JANE DOE GARCIA, a married couple; JOEL LEAVITT and JANE DOE LEAVITT, a married couple; RONALD BULTMAN and JANE DOE BULTMAN, a married couple; RALPH RUELAS and JANE DOE RUELAS; LESLEY FISHER and JANE DOE FISHER, a married couple; JOHN DOE OFFICERS I-X; JANE DOE OFFICERS I-X; JOHN DOE SUPERVISORS I-X; JANE DOE SUPERVISORS I-X; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>Defendants. | **Case No:** ~~CV2014-000400~~<br><br>**CERTIFICATE REGARDING COMPULSORY ARBITRATION** |

The undersigned certifies that the largest award sought by complainants, but excluding interest, attorneys' fees, and costs **does exceed** limits set by Local Rule for compulsory arbitration. This case **is not** subject to the Uniform Rules of Procedure for Arbitration.

DATED this 16th day of January, 2014.

BLACKWELL LAW OFFICE, PLLC

JACQUESE L. BLACKELL
Attorney for Plaintiff

Blackwell Law Office, PLLC
818 N. 5th Ave
Phoenix, AZ 85003
Phone: (602) 759-7307
Fax: (602) 865-1527
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| LYNN CRINER, EDGAR ELMO CRINER, the natural children of Cody Gene Criner; and the ESTATE OF CODY GENE CRINER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHOENIX, a public entity; CITY OF PHOENIX POLICE DEPARTMENT; PHOENIX POLICE CHIEF DANIEL GARCIA in his official capacity as Chief of the City of Phoenix Police Department; DANIEL GARCIA and JANE DOE GARCIA, a married couple; JOEL LEAVITT and JANE DOE LEAVITT, a married couple; RONALD BULTMAN and JANE DOE BULTMAN, a married couple; RALPH RUELAS and JANE DOE RUELAS; LESLEY FISHER and JANE DOE FISHER, a married couple; JOHN DOE OFFICERS I-X; JANE DOE OFFICERS I-X; JOHN DOE SUPERVISORS I-X; JANE DOE SUPERVISORS I-X; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>Defendants. | Case No: CV2014-000400<br><br>**SUMMONS** |

-1-

TO THE ABOVE NAMED DEFENDANTS:

1. City of Phoenix (c/o City Clerk), 200 W. Washington St., Phoenix, Arizona 85003

You are hereby summoned and required to appear and defend in the above entitled action in the above entitled court within TWENTY DAYS exclusive of the day of service after service of this summons upon you if served within the State of Arizona, and within THIRTY DAYS exclusive of the day of service if served without the State of Arizona, and you are hereby notified that in case you fail so to do, judgment by default will be rendered against you for the relief demanded in the complaint.

The name and address of the attorney for the Plaintiff is:

Jocquese L. Blackwell, Esq.
BLACKWELL LAW OFFICE PLLC
818 N. 5th Ave.
Phoenix, Arizona 85003
(480) 227-4984

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

You may obtain a copy of the Summons and Complaint by contacting the attorney named above at the address and telephone number stated herein.

GIVEN UNDER MY HAND and the seal of the Superior Court of the State of Arizona in and for said County this date:_____

COPY

MICHAEL K. JEANES, JAN 1 6 2014
Clerk of the Superior Court    M. K. JEANES, CLERK
                               M. GARCIA
By_____              DEPUTY CLERK
Deputy Clerk

-2-

ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555



## CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER

SUPERIOR COURT
MARICOPA COUNTY

CASE: CV2014-000400

LYNN CRINER, EDGAR ELMO CRINER,
The natural children of CODY GENE CRINER;
and the ESTATE OF CODY GENE CRINER

CITY OF PHOENIX

Plaintiffs,

Defendants,

PHOENIX CITY CLERK
200 W. Washington Street 15th Floor
Phoenix, Arizona 85003

Stat Agent,

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the City of Phoenix: by serving Richard St. George, deputy city clerk, accepted service for the defendant City Of Phoenix located at 200 W. Washington Street 15th Floor Phoenix, Arizona 85003.

Date of Service: 02/12/2014

Time of Service: 4:03 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014

Service Fee: $ 50.00

Blackwell Law Office, PLLC
818 N. 5th Ave
Phoenix, AZ 85003
Phone: (602) 759-7307
Fax: (602) 865-1527
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| LYNN CRINER, EDGAR ELMO CRINER, the natural children of Cody Gene Criner; and the ESTATE OF CODY GENE CRINER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHOENIX, a public entity; CITY OF PHOENIX POLICE DEPARTMENT; PHOENIX POLICE CHIEF DANIEL GARCIA in his official capacity as Chief of the City of Phoenix Police Department; DANIEL GARCIA and JANE DOE GARCIA, a married couple; JOEL LEAVITT and JANE DOE LEAVITT, a married couple; RONALD BULTMAN and JANE DOE BULTMAN, a married couple; RALPH RUELAS and JANE DOE RUELAS; LESLEY FISHER and JANE DOE FISHER, a married couple; JOHN DOE OFFICERS I-X; JANE DOE OFFICERS I-X; JOHN DOE SUPERVISORS I-X; JANE DOE SUPERVISORS I-X; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>Defendants. | Case No: CV2014-000400<br><br>**SUMMONS** |

-1-

**TO THE ABOVE NAMED DEFENDANTS:**

1. City of Phoenix Police Department, 620 W. Washington St., Phoenix, AZ 85003

You are hereby summoned and required to appear and defend in the above entitled action in the above entitled court within TWENTY DAYS exclusive of the day of service after service of this summons upon you if served within the State of Arizona, and within THIRTY DAYS exclusive of the day of service if served without the State of Arizona, and you are hereby notified that in case you fail so to do, judgment by default will be rendered against you for the relief demanded in the complaint.

The name and address of the attorney for the Plaintiff is:

Jocquese L. Blackwell, Esq.
BLACKWELL LAW OFFICE PLLC
818 N. 5th Ave.
Phoenix, Arizona 85003
(480) 227-4984

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

You may obtain a copy of the Summons and Complaint by contacting the attorney named above at the address and telephone number stated herein.

GIVEN UNDER MY HAND and the seal of the Superior Court of the State of Arizona in and for said County this date:_____

MICHAEL K. JEANES,
Clerk of the Superior Court

JAN 16 2014

By_____
Deputy Clerk



MICHAEL K. JEANES, CLERK
V. GARCIA
DEPUTY CLERK

-2-




ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555

## CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER

**SUPERIOR COURT**
**MARICOPA COUNTY**

CASE: CV2014-000400

LYNN CRINER, EDGAR ELMO CRINER,
The natural children of CODY GENE CRINER;
and the ESTATE OF CODY GENE CRINER

CITY OF PHOENIX POLICE DEPARTMENT

Plaintiffs,

Defendants,

PHOENIX CITY CLERK
200 W. Washington Street 15th Floor
Phoenix, Arizona 85003

Stat Agent,

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the City of Phoenix: by serving Richard St. George, deputy city clerk, accepted service for the defendant City Of Phoenix Police Department located at 200 W. Washington Street 15th Floor Phoenix, Arizona 85003.

Date of Service: 02/12/2014

Time of Service: 4:03 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014

Service Fee: $ 25.00

Blackwell Law Office, PLLC
818 N. 5th Ave
Phoenix, AZ 85003
Phone: (602) 759-7307
Fax: (602) 865-1527
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| LYNN CRINER, EDGAR ELMO CRINER, the natural children of Cody Gene Criner; and the ESTATE OF CODY GENE CRINER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHOENIX, a public entity; CITY OF PHOENIX POLICE DEPARTMENT; PHOENIX POLICE CHIEF DANIEL GARCIA in his official capacity as Chief of the City of Phoenix Police Department; DANIEL GARCIA and JANE DOE GARCIA, a married couple; JOEL LEAVITT and JANE DOE LEAVITT, a married couple; RONALD BULTMAN and JANE DOE BULTMAN, a married couple; RALPH RUELAS and JANE DOE RUELAS; LESLEY FISHER and JANE DOE FISHER, a married couple; JOHN DOE OFFICERS I-X; JANE DOE OFFICERS I-X; JOHN DOE SUPERVISORS I-X; JANE DOE SUPERVISORS I-X; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>Defendants. | Case No: CV2014-000400<br><br>**SUMMONS** |

-1-

**TO THE ABOVE NAMED DEFENDANTS:**

1. Phoenix Police Chief Daniel Garcia, 620 W. Washington St., Phoenix, AZ 85003

You are hereby summoned and required to appear and defend in the above entitled action in the above entitled court within TWENTY DAYS exclusive of the day of service after service of this summons upon you if served within the State of Arizona, and within THIRTY DAYS exclusive of the day of service if served without the State of Arizona, and you are hereby notified that in case you fail so to do, judgment by default will be rendered against you for the relief demanded in the complaint.

The name and address of the attorney for the Plaintiff is:

Jocquese L. Blackwell, Esq.
BLACKWELL LAW OFFICE PLLC
818 N. 5th Ave.
Phoenix, Arizona 85003
(480) 227-4984

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

You may obtain a copy of the Summons and Complaint by contacting the attorney named above at the address and telephone number stated herein.

GIVEN UNDER MY HAND and the seal of the Superior Court of the State of Arizona in and for said County this date:_____

COPY

MICHAEL K. JEANES  JAN 1 5 2014
Clerk of the Superior Court
MICHAEL K. JEANES, CLERK
M. GARCIA
By_____ DEPUTY CLERK
Deputy Clerk

-2-

ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555

FEB 26 2014
MICHAEL K. JEANES,
J. COLWELL, CLERK
DEPUTY CLERK

## CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER

SUPERIOR COURT
MARICOPA COUNTY

CASE: CV2014-000400

LYNN CRINER, EDGAR ELMO CRINER,
The natural children of CODY GENE CRINER;
and the ESTATE OF CODY GENE CRINER

PHOENIX POLICE CHIEF DANIEL GARCIA

Plaintiffs,

Defendants,

PHOENIX CITY CLERK
200 W. Washington Street 15th Floor
Phoenix, Arizona 85003

Stat Agent,

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the City of Phoenix: by serving Richard St. George, deputy city clerk, accepted service for the defendant Phoenix Police Chief Daniel Garcia located at 200 W. Washington Street 15th Floor Phoenix, Arizona 85003.

Date of Service: 02/12/2014

Time of Service: 4:03 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014

Service Fee:    $ 25.00

ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555



CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER

SUPERIOR COURT
MARICOPA COUNTY

CASE: CV2014-000400

LYNN CRINER, EDGAR ELMO CRINER,
The natural children of CODY GENE CRINER;
and the ESTATE OF CODY GENE CRINER

DANIEL GARCIA
JANE DOE GARCIA

Plaintiffs,

Defendants,

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the Daniel Garcia and Jane Doe Garcia: by serving Jeanette Ploium, City of Phoenix Police Department Legal Department, accepted service for the defendant Daniel Garcia and Jane Doe Garcia located at 620 W. Washington Street Phoenix, Arizona 85003.

Date of Service: 02/21/2014

Time of Service: 1:19 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014

Service Fee:   $ 50.00

ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555



# CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER

**SUPERIOR COURT**
**MARICOPA COUNTY**

CASE: CV2014-000400

LYNN CRINER, EDGAR ELMO CRINER,
The natural children of CODY GENE CRINER;
and the ESTATE OF CODY GENE CRINER

RONALD BULTMAN
JANE DOE BULTMAN

Plaintiffs,

Defendants,

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the Ronald Bultman and Jane Doe Bultman: by serving Ronald Bultman, accepted service for himself and for his wife Jane Doe Bultman located at 17010 S. 48th Street Phoenix, Arizona 85048.

Date of Service: 02/19/2014

Time of Service: 2:48 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014

Service Fee: $ 50.00

ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555



## CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER

**SUPERIOR COURT**
**MARICOPA COUNTY**

CASE: CV2014-000400

LYNN CRINER, EDGAR ELMO CRINER,
The natural children of CODY GENE CRINER;
and the ESTATE OF CODY GENE CRINER

LESLEY FISHER
JANE DOE FISHER

Plaintiffs,

Defendants,

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the Lesley Fisher and Jane Doe Fisher: by serving Lesley Fisher, accepted service for himself and for his wife Jane Doe Fisher located at 17010 S. 48th Street Phoenix, Arizona 85048.

Date of Service: 02/18/2014                    Time of Service: 2:30 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014                       Service Fee:   $ 50.00

ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555

**CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER**

| | |
|---|---|
| SUPERIOR COURT<br>MARICOPA COUNTY | CASE: CV2014-000400 |
| LYNN CRINER, EDGAR ELMO CRINER,<br>The natural children of CODY GENE CRINER;<br>and the ESTATE OF CODY GENE CRINER | JOEL LEAVITT<br>JANE DOE LEAVITT |
| Plaintiffs, | Defendants, |

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the Joel Leavitt and Jane Doe Leavitt: by serving Joel Leavitt, accepted service for himself and for his wife Jane Doe Leavitt located at 17010 S. 48th Street Phoenix, Arizona 85048.

Date of Service: 02/18/2014                Time of Service: 2:50 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014                   Service Fee:   $ 25.00



ARIZONA'S BEST PROCESS SERVICE
P.O. BOX 42376
PHOENIX, AZ 85080
(602) 488-5555

## CERTIFICATE OF SERVICE OF PRIVATE PROCESS SERVER

| | |
|---|---|
| **SUPERIOR COURT**<br>**MARICOPA COUNTY** | CASE: CV2014-000400 |
| LYNN CRINER, EDGAR ELMO CRINER,<br>The natural children of CODY GENE CRINER;<br>and the ESTATE OF CODY GENE CRINER | RALPH RUELAS<br>JANE DOE RUELAS |
| Plaintiffs, | Defendants, |

State of Arizona } SS
County of Maricopa }

Michael Napier, certifies under penalty of perjury:
That I am fully qualified, pursuant to RCP 4(d), 4(e) and/or ARS 13-4072, to serve Process in this cause;
That I received from: Jocquese L. Blackwell, attorney for the plaintiff.

The instruments and documents described: Civil Summons, Complaint, Certificate Regarding Compulsory Arbitration,

True copies of these documents were served on the Ralph Ruelas and Jane Doe Ruelas: by serving Ralph Ruelas, accepted service for himself and for his wife Jane Doe Ruelas located at 17010 S. 48th Street Phoenix, Arizona 85048.

Date of Service: 02/18/2014        Time of Service: 2:30 P.M.

I Certify under penalty of perjury That the foregoing is true and correct

_____
Affiant

Executed on : 02/25/2014        Service Fee:    $ 25.00